UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MICKEY H. MITCHELL, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | No. 4:15-CV-0654 JAR |
|  | ) |  |
| JAMES HURLEY, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for Appointment of Counsel (Doc. No. 25). A review of the file indicates that Petitioner first requested appointment of counsel on April 20, 2015. (Doc. No. 4.) Petitioner's request was considered in light of relevant factors, see Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986) and Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984), and denied without prejudice on July 29, 2015. (Doc. No. 14.)

Upon consideration, the Court will deny Petitioner's latest request for appointment of counsel. The Court finds nothing in the record to cause it to reconsider its previous order denying Petitioner's motion for appointment of counsel. Again, this case is neither factually nor legally complex. Moreover, Petitioner has demonstrated that he can adequately present his claims to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Appointment of Counsel [25]

1

is **DENIED** without prejudice.

Dated this 12th day of January, 2018.

                                                                                             _____
                                                                                             **JOHN A. ROSS**
                                                                                             **UNITED STATES DISTRICT JUDGE**